No. 683. JAMES H. GILBERT, SHERIFF, PETITIONER, *v.* AMERICAN SURETY COMPANY OF NEW YORK ET AL. June 1, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lynden Evans* and *Mr. Frederic D. McKenney* for petitioner. *Mr. T. A. Moran*, *Mr. Levy Mayer* and *Mr. Alfred S. Austrian* for respondents.

No. 693. AMERICAN SALES BOOK COMPANY ET AL., PETITIONERS, *v.* JOSEPHUS BULLIVANT, JR. June 1, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Leon Tobriner* and *Mr. T. J. Geisler* for petitioners. *Mr. C. H. Duell* and *Mr. W. A. Megrath* for respondent.

No. 698. REID, MURDOCH & Co., PETITIONERS, *v.* UNITED STATES. June 1, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles Curie* and *Mr. W. Wickham Smith* for petitioners. *Mr. Solicitor General Hoyt* for respondent.

No. 699. JOHN HOLMES ET AL., PETITIONERS, *v.* SHIP QUEEN ELIZABETH. June 1, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert D. Benedict* for petitioners. *Mr. Wilhelmus Mynderse* for respondent.